## Case No. 4,935.

### FOREMAN v. HOLMEAD.

[5 Cranch, C. C. 162.] [1]

Circuit Court, District of Columbia. March Term, 1837.

Mr. Redin, for plaintiff.

Mr. Brent, for defendant,

THE COURT (MORSELL, Circuit Judge, absent) refused to suffer it to be read.